IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00741-BNB

SHAWN D. ALLEN,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA'S WARDEN BRILL, and NORTHRUP,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 0 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Amend Complaint and Claims" filed on April 9, 2009, in which Plaintiff asks to be allowed to possibly amend the complaint at some future date, is DENIED.

Dated: April 10, 2009

Copies of this Minute Order mailed on April 10, 2009, to the following:

Shawn D. Allen
Prisoner No. 113014
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

                                            Secretary/Deputy Clerk