IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00741-BNB

SHAWN D. ALLEN,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA'S WARDEN BRILL, and NORTHRUP,

Defendants.

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Christine M. Arguello and to Magistrate Judge Michael J. Watanabe. Accordingly, it is

ORDERED that this case shall be assigned to Judge Christine M. Arguello pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael J. Watanabe.

DATED April 15, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00741-BNB

Shawn D. Allen
Prisoner No. 113014
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/15/09

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk