IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00741-CMA-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA'S WARDEN BRILL, and NORTHRUP,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 23 2009

GREGORY C. LANGHAM
                  CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendant or counsel for the Defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendant.

DATED: April __21__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-00741-CMA-MJW

Shawn D. Allen
Prisoner No. 113014
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

Judy Fuchs – **CERTIFIED**
Kit Carson Corr. Center
49777 County Road V
Burlington, CO 80807
**SERVICE DOCUMENTS FOR:**
**Hoyt Brill and Northrup**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Judy Fuchs for service of process on Hoyt Brill and Northrup: COMPLAINT FILED 4/2/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/23/09 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk