IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00741-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA'S WARDEN BRILL, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's handwritten Motion to Amend Complaint Claims and Relief [sic](docket no. 14) is GRANTED and the handwritten Amended Complaint (docket no. 14-2) is accepted for filing today.  The Pro Se Incarcerated Plaintiff shall forthwith serve the Defendants with a copy of the Amended Complaint (docket no. 14-2).

Date:  May 8, 2009