IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00741-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA'S WARDEN BRILL, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's handwritten Motion to Submit "Confidential Letter" (docket no. 18) is DENIED.  Ex parte communications with a judge is prohibited by D.C. COLO. LCivR. 77.2 which states:

**In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings, or other papers or copies directly to a judicial officer.  Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys.  No attorney or party shall contact orally a judicial officer regarding any case by telephone, in person, or through any other means, unless all other parties in the matter, or their attorneys, are present or on the telephone.**

It is FURTHER ORDERED that the Pro Se Incarcerated Plaintiff's handwritten NOTICE [requesting adding Defendant Gray to be added to the amended complaint] (docket no. 19) is DENIED.  The Pro Se Incarcerated Plaintiff is referred to Fed. R. Civ. P. 15 if he is seeking an amendment to his prisoner complaint.

It is FURTHER ORDERED that if the Pro Se Incarcerated Plaintiff is requesting relief from this court, he shall file a written motion with legal authority and serve a copy of such motion on the Defendants and file an original and two copies of such motion with this court consistent with the Local Rules of Practice in the United States District Court for the District of Colorado.  The Pro Se Incarcerated Plaintiff can obtain a copy of the Local Rules of Practice from this court's clerk's office or from this court's web site.  The web site of this court is www.cod.uscourts.gov.  A pro se litigant such as Mr. Allen is required to follow the same rules of procedure and orders of the court that govern other litigants. Oklahoma Federated Gold and Numismatics v. Blodgett, 24 F.3d 136,

139 (10th Cir. 1994)(internal citation omitted).

Date:  May 14, 2009