IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00741-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA'S WARDEN BRILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to Direct Defendants to Answer **(Docket No. 25)** is **denied**.  Defendants Brill and Northrup, the only named defendants in this action, have filed a Motion to Dismiss Plaintiff's Amended Complaint.  (Docket No. 22).  Therefore, defendants Brill and Northrup do not need to file an answer at this time.  Furthermore, there is no defendant Gray in this case.  In a Minute Order entered on May 14, 2009 (Docket No. 21), this court denied plaintiff's  handwritten NOTICE requesting that defendant Gray be added to the amended complaint (Docket No. 19).

Date:  May 22, 2009