**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00741-CMA-MJW

SHAWN D. ALLEN,

   Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA'S WARDEN BRILL, and NORTHRUP,

   Defendants.
_____

**ORDER GRANTING MOTION TO DISMISS**
_____

   Plaintiff's Motion to Drop Case (Doc. # 26) is GRANTED.  This case is dismissed without prejudice.

   DATED: July 27, 2009.

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge